```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03266-MDF
Norman Michael Hines                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: admin    Page 1 of 1    Date Rcvd: Nov 11, 2016
                      Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
db          +Norman Michael Hines,   2 Mustang Lane,   Hanover, PA 17331-3495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
        Joshua I Goldman   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Sean Patrick Quinlan   on behalf of Debtor Norman Michael Hines spqesq@hotmail.com,
         lesliebrown.paralegal@gmail.com
        Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
         Services mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Norman Michael Hines  
2 Mustang Lane  
Hanover, PA 17331

Chapter 7  
Case No. 1:16−bk−03266−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−7922

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 10, 2016

BY THE COURT  
By the Court,

Honorable Mary D. France  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk