## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Norman Michael Hines<br>Debtor(s) | BKY. NO. 16-03266 MDF<br><br>CHAPTER 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7066

                                         Respectfully submitted,

                                         **/s/ Thomas Puleo**
                                         Thomas Puleo, Esquire
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406
                                         Attorney for Movant/Applicant